UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Mark J Denton  
    Skipper L Denton  
         Debtor(s)

Case No. 12-10135

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/14/2012.

2) The plan was confirmed on 06/06/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/20/2015.

5) The case was converted on 06/04/2015.

6) Number of months from filing to last payment: 33.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $30,800.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor     $27,720.00
    Less amount refunded to debtor     $0.00

**NET RECEIPTS:**     $27,720.00

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan     $2,500.00
    Court Costs     $0.00
    Trustee Expenses & Compensation     $1,064.28
    Other     $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**     $3,564.28

Attorney fees paid and disclosed by debtor:     $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI | Unsecured | 412.16 | NA | NA | 0.00 | 0.00 |
| ALLIANT LAW GROUP | Unsecured | 521.34 | NA | NA | 0.00 | 0.00 |
| ALVERNO CLINICAL LAB | Unsecured | 44.50 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RADIOLOGISTS | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED ST JAMES RADIOLOGY | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| BAYVIEW LOAN SERVICING LLC | Secured | 26,105.70 | 26,105.70 | 26,105.70 | 15,018.22 | 0.00 |
| BAYVIEW LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 1,208.48 | 1,208.48 | 1,208.48 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 4,723.35 | 4,154.80 | 4,154.80 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | NA | 4,931.75 | 4,931.75 | 0.00 | 0.00 |
| CARDIOVASCULAR ASSOCIATES | Unsecured | 1,650.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 2,349.23 | 2,448.02 | 2,448.02 | 0.00 | 0.00 |
| CONSULTANTS IN PATHOLOGY | Unsecured | 2,091.70 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 1,803.00 | NA | NA | 0.00 | 0.00 |
| EMERG CARE & HLTH ORG LTD | Unsecured | 1,689.00 | NA | NA | 0.00 | 0.00 |
| GMAC RESCAP LLC | Unsecured | 106,315.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Unsecured | 1,293.40 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 904.75 | 963.05 | 963.05 | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 2,103.30 | 2,103.30 | 2,103.30 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | NA | 445.39 | 445.39 | 0.00 | 0.00 |
| MIDWEST NEOPED ASSOCIATES LTD | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST PHYSICIAN GROUP | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| NUMARK CREDIT UNION | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PALOS COMMUNITY HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PALOS EMERGENCY MEDICAL SERV | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| PALOS PATHOLOGY ASSOC | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY LABORATORY CONSUI | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,003.10 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,053.02 | 2,003.10 | 2,003.10 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 546.90 | 546.90 | 546.90 | 0.00 | 0.00 |
| RADIOLOGY & NUCLEAR CONSUL | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 1,702.54 | 1,102.65 | 1,102.65 | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| THE HERALD NEWS | Unsecured | 8,450.00 | 8,412.89 | 8,412.89 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 11,000.00 | 13,337.27 | 13,337.27 | 0.00 | 0.00 |
| WELLGROUP HEALTH | Unsecured | 3,759.12 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY TREASURER | Secured | 10,749.97 | 10,749.97 | 10,749.97 | 9,137.50 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $26,105.70 | $15,018.22 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $10,749.97 | $9,137.50 | $0.00 |
| **TOTAL SECURED:** | **$36,855.67** | **$24,155.72** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$41,657.60** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,564.28 |
| Disbursements to Creditors | $24,155.72 |
| **TOTAL DISBURSEMENTS:** | **$27,720.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/29/2015 By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**